IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRUCE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:15-CV-00199-CDP |
| v. ) | |
| ) | |
| CITY OF BERKELEY, MISSOURI, ) | |
| FRANK McCALL, ANTWAN JOHNSON, ) | |
| GEORGE ERVIN, BRADLEY KEISER, ) | |
| JEREMY MATLOCK, BRIAN HOWDESHELL, ) | |
| RANDAL DENNIS, IRA WALKER, ) | |
| BRITTANY RICHARDSON, and ) | |
| JULES ALLIGOOD, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Bruce Thomas ("Plaintiff"), by and through counsel, and Defendants Frank McCall, Antwan Johnson, George Ervin, Bradley Keiser, Jeremy Matlock, Brian Howdeshell, Randal Dennis, Ira Walker, Brittany Richardson, Jules Alligood, and the City of Berkeley, Missouri ("Defendants"), by and through counsel, hereby stipulate and agree that the above-captioned case is dismissed with prejudice with Plaintiff be responsible for and pay the attorney fees and costs incurred by him in this case and Defendants to be responsible for and pay the attorney fees and costs incurred by the Defendants in this case.

Respectfully submitted,

DeMOOR LAW FIRM, LLC


By: /s/ John P. DeMoor
    John P. DeMoor, #53645
    8235 Forsyth Blvd., Suite 1100
    Clayton, MO  63105
    Telephone:  (314) 400-4100
    Facsimile:  (314) 667-3888
    john@demoorlawfirm.com
    Attorney for Plaintiff Bruce Thomas


PAULE, CAMAZINE & BLUMENTHAL, P.C.
  *A Professional Corporation*


By: /s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    Clayton (St. Louis), MO  63105
    Telephone:  (314) 727-2266
    Facsimile:  (314) 727-2101
    khenson@pcblawfirm.com
    Attorneys for Defendants City of Berkeley, Missouri, Frank McCall, Antwan Johnson, George Ervin, Bradley Keiser, Jeremy Matlock, Brian Howdeshell, Randal Dennis, Ira Walker, Brittany Richardson, and Jules Alligood